UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

ALVIN WATSON ET AL

             Plaintiff(s),

VS.                                       2:06-CV-277-KJD-GWF

EATON ELECTRICAL ET AL

             Defendant(s),

**ORDER FOR DESTRUCTION OF EXHIBITS**

     The Clerk's Office having given notice to counsel as prescribed by LR 79-1 and LCR 55-1 of the Local Rules of Practice of this Court, and counsel having failed to make arrangements to retrieve the exhibits in the allotted time, **IT IS HEREBY ORDERED** that the Clerk is authorized to destroy the exhibits previously admitted in this matter.

Dated: February 11, 2011

                                           **U.S. DISTRICT JUDGE**